**United States District Court**
For the Northern District of California

1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                              NORTHERN DISTRICT OF CALIFORNIA

7

8    RANDY L. THOMAS,                              No. C-09-1487 EMC

9                 Plaintiff,

10         v.                                      **ORDER RE PLAINTIFF'S MOTION,
                                                   OBJECTION, AND PETITION FOR**
11   AIDA CORREA,                                  **TERMINATION OF PARENTAL
                                                   RIGHTS OF AIDA CORREA**
12                Defendant.
                                                   **(Docket No. 21)**
13

14   _____/

15

16         Previously, the Court dismissed the instant case with prejudice for lack of subject matter

17   jurisdiction and for failure to state a claim for relief.  *See* Docket No. 10 (order, filed on 7/10/2009).

18   Plaintiff appealed the Court's order.  *See* Docket No. 13 (notice of appeal, dated 8/10/2009).  The

19   appeal is now pending before the Ninth Circuit.  After filing the appeal, Plaintiff filed with this

20   Court a motion, objection, and petition for the termination of Aida Correa's parental rights.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    Because the case has been appealed to the Ninth Circuit, the Court has no jurisdiction over

2    Plaintiff's current motion. *See Laurino v. Syringa Gen. Hosp.*, 279 F.3d 750, 755 (9th Cir. 2002)

3    ("It is black letter law that, once a notice of appeal is filed from a final judgment, the district court is

4    divested of jurisdiction.").  The Clerk of the Court is instructed to provide the Ninth Circuit with a

5    copy of Plaintiff's motion.  In addition, the Court advises Plaintiff that, while this case is on appeal,

6    requests for relief of the kind made in his motion should be filed with the Ninth Circuit, not this

7    Court.

8

9    IT IS SO ORDERED.

10

11   Dated:  December 10, 2009

12                                                    _____
                                                     EDWARD M. CHEN
13                                                   United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RANDY L. THOMAS,

        Plaintiff,

  v.

CORREA et al,

        Defendant.
_____/

Case Number: CV09-01487 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randy L. Thomas
5906 Barrington Drive
Charlotte,  NC 28215

Dated: December 10, 2009

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

United States District Court
For the Northern District of California